COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Mathew Payam Shalouei

Appellate case number:    01-15-00555-CR

Trial court case number:  1437307

Trial court:             263rd District Court of Harris County

On June 24, 2015, relator, Mathew Payam Shalouei, filed a petition for writ of mandamus and a motion requesting an emergency stay of trial proceedings set for June 26, 2015. Relator's motion for an emergency stay is **denied**.

It is so ORDERED.

Judge's signature: /s/ <u>Michael Massengale</u>
                       ☒ Acting individually

Date:  June 24, 2015